**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Terry Lee ROBINSON, Defendant–
Appellant.**

**No. 00–7263.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 30, 2001.

Decided May 16, 2001.

Terry Lee Robinson, pro se.

Jerry Wayne Miller, United States Attorney, Asheville, NC; Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, NIEMEYER, and LUTTIG, Circuit Judges.

PER CURIAM.

Terry Lee Robinson seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal substantially on the reasoning of the district court.* *United States v. Robinson,* Nos. CR–90–215–A, CA–97–122–1 (W.D.N.C. filed July 5, 2000); entered July

---

\* Robinson alleges for the first time in his informal brief filed in this court that his sentence is illegal under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). We recently held in *United States v. Sanders,* 247 F.3d 139 (4th Cir.2001) (No. 00–6281), that the new rule announced in *Apprendi* is not retroactively applicable to cases on collateral review. Accordingly, Robinson's *Apprendi* claim is not cognizable.

7, 2000. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*